IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-09-82 |
| | § | |
| JOSE LUIS HERNANDEZ-CASTILLO | § | |

**ORDER**

BE IT REMEMBERED on this 7th day of May, 2009, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed January 29, 2009, wherein the defendant Jose Luis Hernandez-Castillo waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Jose Luis Hernandez-Castillo to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Jose Luis Hernandez-Castillo guilty of the offense of alien unlawfully found in the United States after deportation, in violation of 8 U.S.C. § 1326(a).

Signed this 7th day of May, 2009.

_____
Andrew S. Hanen
United States District Judge